Northern Metal Company *v.* Maier, Appellant.

Argued January 3, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, BARNES and PATTERSON, JJ.

*Frank A. Simons,* with him *Hyman Rubin,* for appellant.

*Lemuel B. Schofield, Judah Zelitch* and *W. Bradley Ward,* for appellee, were not heard.

PER CURIAM, February 1, 1940:

This appeal is from a decree restraining defendant from trading under the name "Great Northern Metal Co." or any other name deceptively similar to plain-

tiff's trade name "Northern Metal Company". The evidence supports the findings of fact made by the learned chancellor, approved by the court in banc; the decree must therefore be affirmed. See, generally, *Geffen v. Baltimore Markets, Inc.*, 325 Pa. 509, at page 515, 191 A. 24; Restatement, Torts, sections 716, 717, 727 et seq. Costs to be paid by appellant.